IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM HURD, | |
| Plaintiff, | 8:23CV201 |
| vs. | |
| UNION PACIFIC RAILROAD CO., | ORDER |
| Defendant. | |

**IT IS ORDERED:**

1. On or before May 22, 2025, the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) that will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The Clerk of Court shall terminate the pretrial and trial settings, and any hearings set for this case.

Dated this 22nd day of April, 2025.

BY THE COURT:

s/ Ryan C. Carson
United States Magistrate Judge