IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WILLIAM HURD,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD CO.,<br><br>    Defendant. | 8:23CV201<br><br>ORDER OF DISMISSAL |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 37). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice and without costs or disbursements to any of the parties.

Dated this 27th day of June, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge